UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT - 9 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **4:24CR532 HEA/JMB** |
| | ) |
| IRVEN WHITE, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 1, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**IRVEN WHITE**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 1, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**IRVEN WHITE,**

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled

substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 1, 2023, in the City of St. Louis, within the Eastern District of Missouri,

## IRVEN WHITE,

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 1, 2023, in the City of St. Louis, within the Eastern District of Missouri,

## IRVEN WHITE,

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possess with the intent to distribute a controlled substance, as set forth in Counts Two and Three.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIVE

The Grand Jury charges that:

On or about August 26, 2024, in the City of St. Louis, within the Eastern District of Missouri,

## IRVEN WHITE

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, and that firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about August 26, 2024, in the City of St. Louis, within the Eastern District of Missouri,

**IRVEN WHITE,**

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The Grand Jury further charges that:

On or about August 26, 2024, in the City of St. Louis, within the Eastern District of Missouri,

**IRVEN WHITE,**

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The Grand Jury further charges that:

On or about August 26, 2024, in the City of St. Louis, within the Eastern District of Missouri,

**IRVEN WHITE,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possess with the intent to distribute a controlled substance, as set forth in Counts Six and Seven.

In violation of Title 18, United States Code, Section 924(c)(1).

### **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section(s) 922(g) or 924(c) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2.     If any of the property described above, as a result of any act or omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney