IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:24CR532 HEA/JMB |
| | ) |
| IRVEN WHITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS DUE TO DEFECTIVE INDICTMENT

COMES NOW the defendant, Irven White, by and through counsel, Assistant Federal Public Defender Jordan Cohen, and requests this Court to dismiss this cause due to defective indictment. In support of this motion, Mr. White states as follows:

## BACKGROUND

1.  Mr. White is charged in an eight-count indictment with two counts of possessing a firearm in violation of 18 U.S.C. § 922(g)(1), two counts of possessing fentanyl, a Schedule II controlled substance, with intent to distribute in violation of 21 U.S.C. § 841(a)(1), two counts of possessing cocaine base, a Schedule II controlled substance, with intent to distribute in violation of 21 U.S.C. § 841(a)(1, and two counts of possessing a firearm in furtherance of a drug-trafficking crime in violation of 18 U.S.C. § 924(c)(1). *See* Doc. No. 2.

2.  Mr. White was arrested in State court on August 26, 2024. An arrest warrant

in federal court was issued on October 9, 2024, the same date that Mr. White was charged by indictment.

3.  Mr. White was arrested and brought to federal court on December 19, 2024. Initial appearance and detention hearing were held on that date. *See* Doc. No. 7.

### ARGUMENT

4.  Mr. White's position is that the indictment is defective and in violation of Rule 7(c). Rule 7(c) states "The indictment or the information shall be a plain, concise, and definite written statement of the essential facts constituting the offense charged."

5.  An indictment must allege facts sufficient to constitute the crime charged. *Wolf v. U.S.*, 259 F. 388 (1919).

6.  Here, the indictment alleges that Mr. White possessed a firearm, fentanyl, and cocaine base.

7.  Mr. White's position is that the indictment is lacking since it does not specify the make and model of firearm and the exact quantity of controlled substances.

8.  Mr. White's position is also that the timing of his indictment was in violation of 18 U.S.C. § 3161, in that more than 30 days passed between his original

arrest and the date the indictment was filed.

9. Therefore, it is Mr. White's position that the indictment is defective due to its lacking in specificity and being filed out of time.

## CONCLUSION

WHEREFORE, for the reasons stated above, Mr. White respectfully requests the Court dismiss this cause.

Respectfully submitted,

/s/ *Jordan Cohen*
JORDAN COHEN #70920 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Jordan_Cohen@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon J. Christian Goeke, Assistant United States Attorney.

/s/ *Jordan Cohen*
JORDAN COHEN
Assistant Federal Public Defender