UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CR-532 RLW |
| ) | |
| IRVEN WHITE, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen. (ECF No. 56). In his August 4, 2025 Report and Recommendation, Judge Bodenhausen recommends that Defendant's Omnibus Motion to Dismiss the Indictment, as supplemented, be denied. (ECF Nos. 38 and 51).

No objections were filed to the Report and Recommendation, and the time to do so has expired. After *de novo* review, this Court adopts the Magistrate Judge's recommendations in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen is **SUSTAINED, ADOPTED, and INCORPORATED** herein. [ECF No. 56]

**IT IS FURTHER ORDERED** that Defendant Irven White's Motion to Dismiss, as supplemented, is **DENIED.**   [ECF Nos. 38 & 51]

Dated this 25th day of August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE