UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CR-532 HEA |
| ) | |
| IRVEN WHITE, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This matter is before the Court on Defendant Irven White's objections to the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen. (ECF No. 59).  The objections were originally filed out of time by Defendant White without the assistance of counsel.  On October 16, 2025, Defendant White's newly appointed counsel filed a motion requesting the Court to consider Defendant White's untimely objections, which the Court granted.  (ECF Nos. 68 and 86).

In his August 4, 2025 Report and Recommendation, Judge Bodenhausen recommends that Defendant's Omnibus Motion to Dismiss the Indictment, as supplemented, be denied.  (ECF Nos. 38 and 51).  When a party objects to the magistrate judge's Report and Recommendation, the Court must conduct a *de novo* review of the portions of the report, findings, or recommendations to which the party objects. *See United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003)

(citing 28 U.S.C. § 636(b)(1)). The Court has reviewed the record and independently considered Defendant White's objections and has determined that the objections are without merit. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations and will adopt the same. After *de novo* review, this Court adopts the Magistrate Judge's recommendations in full. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Irven White's Objections are **OVERRULED.** [ECF No. 59]

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen is **SUSTAINED, ADOPTED, and INCORPORATED** herein. [ECF No. 56]

**IT IS FURTHER ORDERED** that Defendant Irven White's Motion to Dismiss, as supplemented, is **DENIED.** [ECF Nos. 38 & 51]

Dated this 27th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE